# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREG MCBROOM and LORNA MCBROOM,<br><br>    Plaintiffs,<br><br>v.<br><br>DHI MORTGAGE CO., LTD., et al.<br><br>    Defendants. | CV-S- JCM (PAL) |

## ORDER

Presently before the court is the matter of *McBroom, et al. v DHI Mortgage Co, LTD., et al.* (2:10-cv-00093-JCM-PAL).

On December 29, 2009, plaintiffs filed a complaint in the Eighth Judicial District Court, Clark County, Nevada. (Doc. #1-2). Plaintiff removed this action to this court on January 21, 2010. (Doc. #1).

On July 28, 2010, the clerk of the court instructed plaintiff that his action would be dismissed as to DHI Mortgage Company, Ltd. pursuant to Federal Rule of Civil Procedure 4(m) if he did not file proof of service of process by August 27, 2010. (Doc. #19). Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice." To date, plaintiff has not filed proof of service with the court as to DHI Mortgage Company, Ltd.

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case as to DHI Mortgage Company, Ltd. be, and the same hereby is, DISMISSED without prejudice.

DATED September 7, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -